**JOHNSON v. LUCAS**

[360 N.C. 53 (2005)]

PATRICIA JOHNSON, DORIS LARYEA, LOVIE H. JONES, AND GERALDINE COLLIER
v. LYNWOOD LUCAS AND JOE PEACOCK, T/A TRIANGLE TIMBER SERVICES

No. 158A05

(Filed 7 October 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 168 N.C. App. 515, 608 S.E.2d 336 (2005), dismissing as interlocutory an appeal from a partial summary judgment entered 9 June 2003 by Judge Howard E. Manning, Jr. in Superior Court, Wake County. Heard in the Supreme Court 13 September 2005.

*Hunter, Higgins, Miles, Elam & Benjamin, PLLC, by Robert N. Hunter, Jr., for plaintiff-appellees.*

*Ligon and Hinton, by George Ligon, Jr., for defendant-appellant Lucas.*

PER CURIAM.

AFFIRMED.

Justice EDMUNDS did not participate in the consideration or decision of this case.